# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| **JOHN GOLDEN,** | § |
| | § |
| **Plaintiff,** | § |
| | § |
| v. | § |
| | § CIVIL ACTION NO. 4:15-CV-00408-ALM |
| **TRAVELERS LLOYDS OF TEXAS INSURANCE COMPANY AND RUSSELL JONES,** | § § § |
| | § |
| **Defendants.** | § |

## NOTICE OF SETTLEMENT

Plaintiff John Golden ("Plaintiff") and Defendants Travelers Lloyds of Texas Insurance Company and Russell Jones ("Defendants") hereby advise the Court that a compromise has been reached between Plaintiff and Defendants, which will result in a dismissal of this lawsuit. Based on the resolution of this matter, Plaintiff and Defendants request 30 days to submit dismissal documents.

Respectfully submitted,

*/s/ William X. King*
ANA M. ENE
Texas Bar No. 24076368
WILLIAM X. KING
Texas Bar No. 24072496
RICHARD D. DALY
Texas Bar No. 00796429
JOHN SCOTT BLACK
Texas Bar No. 24012292
**DALY & BLACK, PC**
2211 Norfolk Street, Suite 800
Houston, Texas 77098
(713) 655-1405
(713) 655-1587 (Fax)
aene@dalyblack.com
wking@dalyblack.com
rdaly@dalyblack.com
jblack@dalyblack.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Alissa Puckett*
WM. LANCE LEWIS
Texas Bar No. 12314560
ALISSA PUCKETT
Texas Bar No. 24056886
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Facsimile)
llewis@qslwm.com
apuckett@qslwm.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

      This is to certify that a true and correct copy of this instrument has been furnished to all counsel of record via ECF in accordance with the Federal Rules of Civil Procedure, this 31st day of August 2015:

                                    */s/ Alissa Puckett*
                                    Alissa Puckett