# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| JOHN GOLDEN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. 4:15-CV-00408-ALM |
| TRAVELERS LLOYDS OF TEXAS § | |
| INSURANCE COMPANY AND § | |
| RUSSELL JONES, § | |
| § | |
| Defendants. § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Before the Court in the above styled and numbered cause is the parties' Stipulation of Dismissal filed October 13, 2015. By their Stipulation the parties inform the Court that all matters in controversy have been resolved and that this case may be dismissed with prejudice, with each party bearing their own costs. Having considered the Stipulation of Dismissal, the Court makes and delivers the following ruling:

IT IS ORDERED that this civil action, including all claims and causes of action which were or could have been asserted herein by Plaintiff against Defendants, is in all respects dismissed with prejudice to the refiling of same, with court costs to be borne by the party incurring same.

This Order disposes of all claims among all parties and constitutes final judgment herein.

All relief not previously granted is hereby denied.

SIGNED this 14th day of October, 2015.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE